# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER HODLE and LISA HODLE,** | : |
| | : **CIVIL ACTION NO. 3:15-1957** |
| Plaintiffs | |
| | : **(JUDGE MANNION)** |
| v. | |
| | : |
| **CHRISTOPHER LLOYD JONES,** | |
| | : |
| Defendant | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to dismiss, (Doc. 4), is **DENIED** to the extent it seeks dismissal of the complaint for improper venue.

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1406(a).

3. The Clerk of Court is directed to **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 4, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1957-01-ORDER.wpd